UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8143-RMM

UNITED STATES OF AMERICA

v.

EVER VELAZQUEZ-VENTURA,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:      (561) 820-8777
Email:    RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 22-8143-RMM |
| EVER VELAZQUEZ-VENTURA, | ) |
| | ) |
| *Defendant(s)* | ) |

FILED BY _____SP_____ D.C.

**Apr 12, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 23, 2022____ in the county of ____Palm Beach____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: __4/12/22 3:02 PM__

_____
*Judge's signature*

City and state:    West Palm Beach, FL           Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over eighteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ever VELAZQUEZ-VENTURA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 23, 2022, Ever VELAZQUEZ-VENTURA was arrested in Palm Beach County, Florida for driving-related offenses and leaving the scene of a crash. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Ever VELAZQUEZ-VENTURA is a native and citizen of Mexico. Records further show that on or about December 24, 2000, Ever VELAZQUEZ-VENTURA was voluntary removed from the United States and returned to Mexico.

5. Thereafter, Ever VELAZQUEZ-VENTURA re-entered the United States illegally, and on or about November 3, 2010, was granted voluntary departure under

1

safeguards. On or about November 10, 2010, Ever VELAZQUEZ-VENTURA was removed and returned to Mexico.

6. Thereafter, Ever VELAZQUEZ-VENTURA re-entered the United States illegally and on or about May 3, 2011, was ordered removed. The Order of Removal was executed on or about May 5, 2011, whereby Ever VELAZQUEZ-VENTURA was removed from the United States and returned to Mexico.

6. Records further show that on or about May 4, 2011, in the United States District Court, District of Arizona, Ever VELAZQUEZ-VENTURA was convicted of the offense of illegal entry into the United States, in case number 11-25452MP.

7. Ever VELAZQUEZ-VENTURA's fingerprints taken in connection with his January 23, 2022 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Ever VELAZQUEZ-VENTURA.

8. A records check was performed in the Computer Linked Application Informational Management System to determine if Ever VELAZQUEZ-VENTURA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ever VELAZQUEZ-VENTURA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States, as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 23, 2022, Ever VELAZQUEZ-VENTURA, an alien who was previously deported and removed from the United States, was found in the United States

without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  12  day of April 2022.  3:02 PM

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE