UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80057-Cr-Cannon/Reinhart

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

EVER VELAZQUEZ-VENTURA,

Defendant.
_____/

FILED BY TM D.C.
Apr 21, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

On or about January 23, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**EVER VELAZQUEZ-VENTURA,**

an alien having been previously removed and deported from the United States on or about May 5, 2011, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3) and 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:

v.

EVER VELAZQUEZ-VENTURA,

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami  ☐ Key West  ☐ FTP
☐ FTL  ■ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take 3 days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)
   I   ■ 0 to 5 days                              ☐ Petty
   II  ☐ 6 to 10 days                             ☐ Minor
   III ☐ 11 to 20 days                            ☐ Misdemeanor
   IV  ☐ 21 to 60 days                            ■ Felony
   V   ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-8143-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 04/15/2022
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: *Rinku Tribuiani*
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 150990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. _____

Defendant's Name: EVER VELAZQUEZ-VENTURA

| COUNT (s) | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Illegal reentry after removal | 8:1326(a) | 2 years imprisonment<br>SR: 1 year<br>$250,000 fine<br>$100 special assessment |

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| EVER VELAZQUEZ-VENTURA, ) | |
| ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

Bruce E. Reinhart, U.S. Magistrate Judge
*Judge's printed name and title*