UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80057-CR-CANNON

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EVER VELAZQUEZ-VENTURA,

       Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S UNOPPOSED**
**MOTION TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARING**

**THIS MATTER** comes before the Court upon the Government's Unopposed Motion to Continue Sentencing [ECF No. 16]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's change of plea and sentencing hearing is hereby reset for 10:00 a.m. on Thursday, June 16, 2022.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of May 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record